IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JAMES THOMAS                          )
and SUSAN THOMAS,                     )
                                     )
          Plaintiffs,                )     TC-MD 130362C
                                     )
     v.                              )
                                     )
MULTNOMAH COUNTY ASSESSOR,            )
                                     )
          Defendant.                 )     **FINAL DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A trial was scheduled at 9:00 a.m. on February 4, 2014, to consider Plaintiffs' appeal. On September 3, 2013, the court sent notice of the scheduled trial to Plaintiffs' representative at the email address provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiffs did not appear, the court might dismiss the appeal.

Plaintiffs failed to appear for the February 4, 2014, trial and failed to provide an explanation for their failure to appear.[1] Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

---

[1] After the time scheduled for trial on February 4, 2014, Defendant faxed a letter to the court including a letter by taxpayers dated December 23, 2013, stating, "[we] do not wish to pursue any further questions regarding [our] tax bill. * * * Please discontinue the lawsuit." (Def's Ltr at 2, Feb 4, 2014.) The court has no record of Plaintiffs' December 23, 2013, letter filed with the court.

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ⎽⎽⎽ day of February 2014.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Dan Robinson on February 4, 2014. The Court filed and entered this document on February 4, 2014.*